IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                        2:99-cr-00210-HDM-LRL

  vs.                                   ORDER

Adrian Falcon,

    Defendant.
_____/

    At the request of the United States Probation Department, the petition for warrant (Document #140) filed on July 3, 2007 is withdrawn.  The request to rescind petition for warrant (Document #148) filed on November 22, 2011 is rendered moot.

    It is so ordered.

    Dated this 30th day of November, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE